**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

November 4, 2005

Kevin McCarthy, Esquire
McCarthy & Costello, LLP
One Town Center
4201 Northview Drive, Suite 410
Bowie, MD 20716-2668

John R. Fischel, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

      Re:    <u>Christian M. DeLaVega, et al. v. Black Sheep Trucking, Inc., et al.
                  Civil No. CCB-04-2958</u>

Dear Counsel:

      This will confirm the results of our pretrial conference today.

      Your proposed Joint Pretrial Order (docket entry 27) is **Approved**. The defendants' Motion in Limine to Exclude James Herrera From Testifying is **Denied**, on the understanding that Mr. Herrera will not offer an opinion as to the cause of the accident. The plaintiffs' response to the defendants' Motion to Bifurcate will be filed no later than **November 10, 2005**. Plaintiffs also will file a Motion in Limine regarding any proposed expert testimony from Trooper Bristow.

      As counsel are aware, I have a criminal trial scheduled for November 28, 2005 that appears very likely to proceed. You will let me know by Monday, **November 7, 2005** whether there is unanimous consent to proceed before a Magistrate Judge. If not, I will determine whether any other District Judge is available to proceed over this case on November 28, 2005.

**Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.**

                Sincerely yours,

                   /s/

                Catherine C. Blake
                United States District Judge